IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRI L. CHRISTIE,

           Plaintiff,        Civil No. 07-6030 ST

    v.                         JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

Based on the record, and the stipulation of the parties, IT IS ORDERED AND ADJUDGED the Commissioner's final decision is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the stipulation of the parties and the Order for Remand dated December 20, 2007.

Dated this 21st day of December, 2007.

                                     /s/ Ancer L. Haggerty
                                      Ancer L. Haggerty
                             United States District Judge

1 - JUDGMENT