IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRI L. CHRISTIE,
also known as TERRI L. KLUVER,

        Plaintiff,　　　　　　　　　　Civil No. 07-6030 ST

   v.　　　　　　　　　　　　　　　ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

   Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,254.00, and costs in the amount of $0.00, for a total of $5,254.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty.  There are no expenses to be paid herein.

   Dated this  4th  day of February, 2008.

                                    /s/ Ancer L. Haggerty
                                ANCER L. HAGGERTY
                                UNITED STATES DISTRICT JUDGE

Page l - ORDER